537 U.S. 1187
 WEISS, DIRECTOR, NEW YORK STATE DEPARTMENT OF AGRICULTURE AND MARKETS, KOSHER LAW ENFORCEMENT DIVISION
v.
COMMACK SELF-SERVICE KOSHER MEATS, INC., DBA COMMACK KOSHER, ET AL.
 No. 02-672.
 Supreme Court of United States.
 February 24, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.
 
 
 2
 C. A. 2d Cir. Certiorari denied. Reported below: 294 F. 3d 415.